# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 8, 2010

No. 10-50472
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

PEDRO OSORIO-SILOVAR, also known as Pedro Infante, also known as Jose
Diaz,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:09-CR-586-1

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Pedro Osorio-Silovar presents
arguments that he concedes are foreclosed. *See United States v. Daugherty,* 264
F.3d 513, 518 (5th Cir. 2001) (rejecting Commerce Clause-based challenge to 18
U.S.C. § 922(g)(1)); *United States v. De Leon,* 170 F.3d 494, 499 (5th Cir. 1999)
(same); *United States v. Rawls,* 85 F.3d 240, 242 (5th Cir. 1996) (same).  The
Government's motion for summary affirmance is GRANTED, its alternative

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-50472

motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.